**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7748**

---

DAVID BRANDON BROWN,

Petitioner - Appellant,

versus

RONALD J. ANGELONE,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Tommy E. Miller, Magistrate Judge. (CA-00-462-2)

---

Submitted: April 12, 2001          Decided: April 17, 2001

---

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

David Brandon Brown, Appellant Pro Se. Marla Graff Decker, Assistant Attorney General, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

David Brandon Brown seeks to appeal the magistrate judge's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000).[*]  We have reviewed the record and the magistrate judge's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the magistrate judge.  See Brown v. Angelone, No. CA-00-462-2 (E.D. Va. Nov. 17, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

[*] The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2000).